**Electronically Filed**
**Supreme Court**
**SCWC-11-0000452**
**01-OCT-2012**
**09:05 AM**

NO. SCWC-11-0000452

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JEREMY SALVADOR, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000452; SPP NO. 10-1-0047
(CR. NOS. 96-0152 and 96-0725))

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

It appearing that the judgment on appeal in the above-referenced matter has not been entered by the Intermediate Court of Appeals, see Hawaiʻi Revised Statutes § 602-59(a) (Supp. 2011); see also Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2012),

IT IS HEREBY ORDERED that Petitioner/Petitioner-Appellant's application for writ of certiorari, filed September 26, 2012, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) (2012) ("The application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or

dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED:  Honolulu, Hawai‘i, October 1, 2012.

Jeremy Salvador,
petitioner, pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

